Haley v. Cridge.

# New York Marine Court.

*Trial Term—March,* 1882.

## JEREMIAH HALEY *against* ALFRED H. CRIDGE.

**Horse-racing.—Recording Bets and Wagers.**—Book-making on horse-races declared to be another name for gambling, and all agreements concerning the same are void.

The plaintiff entered into the employ of the defendant, a book-maker on horse races, and accompanied

Rosenberg *v.* Cohen.

him to New Orleans, Nashville, Louisville, Baltimore and other places, under an arrangement by which he was to receive $5 per day, for traveling and other expenses, and at the end of the season $500 for his services. The plaintiff sued to recover the $500, and testified that his services consisted in going on the race-courses and ascertaining from the owners and others the condition of the horses about to enter upon the race, so that the defendant might regulate his book and his betting upon the result.

Judge McAdam held that it was apparent, that book-making (so called) was only another name for gambling, and that all contracts made in furtherance of bets and wagers were illegal and void, and that no recovery could be had upon them in a court of justice. He therefore dismissed the complaint.

Cited with approval by N. Y. supreme court, in Murphy *v.* Board of Police (*Daily Reg.* March 27, 1882; 11 *Abb. N. C.* 340).